Joseph A. Gutierrez, Esq.
Nevada Bar No. 9046
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
**Maier Gutierrez & Associates**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jag@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff Kayatana Jackson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAYATANA JACKSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HEALTH CARE, LLC, d/b/a SPANISH HILLS WELLNESS SUITES., a foreign limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01064-JAD-CWH<br><br>**STIPULATION AND** ORDER **TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 22 |

Plaintiff Kayatana Jackson ("Plaintiff") and Defendant Spring Valley Health Care, LLC d/b/a Spanish Hills Wellness Suites ("Defendant"), by and through their respective counsel, hereby stipulate and request that this Court briefly extend the briefing schedule with respect to Defendant's pending motion for summary judgment [ECF No. 21]. Plaintiff's opposition to Defendant's motion for summary judgment is currently due on May 23, 2019.

At Plaintiff's request, due to Plaintiff's counsel's prearranged traveling schedule during the week of May 20, 2019, the parties request that Plaintiff be granted up to and including **May 31, 2019** to submit a response to Defendant's motion for summary judgment, and that Defendant be granted up to and including **June 14, 2019** to submit a reply.

1

This request for an extension of time is not sought for any improper purpose or other purposes of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to brief the issues that have been submitted for summary judgment.

DATED this 16th day of May, 2019.

Respectfully submitted,

**MAIER GUTIERREZ & ASSOCIATES**

/s/ Danielle J. Barraza
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 16th day of May, 2019.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Bruce C. Young
BRUCE C. YOUNG, ESQ.
Nevada Bar No. 5560
SCOTT H. BARBAG, ESQ.
Nevada Bar No. 14164
6385 S. Rainbow Blvd. #600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 17, 2019